ANNA F. DAVIDSON, Appellant, *v.* LOUISA M. GERRY, Respondent.

*Davidson* v. *Gerry,* 96 App. Div. 627, affirmed.
(Argued October 27, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 20, 1904, affirming a judgment in favor of defendant

entered upon a decision of the court on trial at Special Term.

*Louis Marshall, Franklin Bartlett* and *Charles J. Buchanan* for appellant.

*William H. Harris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.